AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION |
| **OFFENSE CHARGED** Title 18 U.S.C., Section 115(a)(1)(B) - Threatening a U.S. Senator with the Intent to Impede, Intimidate and Interfere with the Performance of official Duties  ☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony | DEFENDANT - U.S. ▶ TRAS GUSTAV KARLSSON BERG |
| PENALTY: Maximum Prison Term of 10 Years; Maximum Fine of $250,000; Maximum Term of Supervised Release of 3 years; Mandatory Special Assessment of $100; | DISTRICT COURT NUMBER: 11 0223 |

FILED 2011 APR 8 P 12:21 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing   CR

| PROCEEDING | DEFENDANT |
|---|---|
| Name of Complaintant Agency, or Person (& Title, if any): Federal Bureau of Investigation | **IS NOT IN CUSTODY** Has not been arrested, pending outcome this proceeding. 1) ☐ If not detained give date any prior summons was served on above charges ▶ 2) ☐ Is a Fugitive 3) ☐ Is on Bail or Release from (show District) |
| ☐ person is awaiting trial in another Federal or State Court, give name of court | |
| ☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District | **IS IN CUSTODY** 4) ☒ On this charge 5) ☐ On another conviction  ☐ Federal ☐ State 6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE  SHOW DOCKET NO. | |
| ☐ this prosecution relates to a pending case involving this same defendant  MAGISTRATE CASE NO. | Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed |
| ☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  CR 11-70229 JCS | DATE OF ARREST ▶ Month/Day/Year Or... if Arresting Agency & Warrant were not |
| Name and Office of Person Furnishing Information on this form: MELINDA HAAG  ☒ U.S. Attorney ☐ Other U.S. Agency | DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year |
| Name of Assistant U.S. Attorney (if assigned): Gregg W. Lowder | ☐ This report amends AO 257 previously submitted |

| ADDITIONAL INFORMATION OR COMMENTS | |
|---|---|
| PROCESS: ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT If Summons, complete following: ☐ Arraignment ☐ Initial Appearance Defendant Address: | Bail Amount: * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment Date/Time:           Before Judge: |
| Comments: | |

MELINDA HAAG (CABN 132612)
United States Attorney

E-filing

FILED
2011 APR -8 P 12: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0223

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 115(a)(1)(B) – Threatening a United States Senator with the Intent to Impede, Intimidate and Interfere with the Performance of Official Duties |
| v. | |
| TRAS GUSTAV KARLSSON BERG, | |
| Defendant. | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about the February 24, 2011, in the Northern District of California, the defendant,

TRAS GUSTAV KARLSSON BERG,

did threaten to assault and murder a United States Senator with the intent to impede, intimidate and interfere with the United States Senator while she was engaged in the performance of her official duties.

///

///

///

///

INFORMATION

1  All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

3  DATED: 4/7/11

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____
GREGG W. LOWDER
Assistant U.S. Attorney

INFORMATION