```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LOREN D. STEWART
    Assistant Federal Public Defender
 3  19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant BERG
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )   No. CR-11-0223 MMC
                                      )
12           Plaintiff,                )   [PROPOSED] RELEASE ORDER
                                      )
13      vs.                            )
                                      )
14  TRAS GUSTAV KARLSSON BERG,        )
                                      )
15           Defendant.                )
                                      )
16
```

On July 6, 2011, the Court sentenced the defendant, Tras Berg, to a term of four (4) months of custody, in accordance with the plea agreement entered by the parties. As of tomorrow, July 7, 2011, Mr. Berg will have served four (4) months in custody. Accordingly, it is hereby ORDERED that the United States Marshals Service release Mr. Berg from federal custody on July 7, 2011. Mr. Berg shall be released to any outstanding warrants that currently exist including, but not limited to, an active warrant from Marin County.

IT IS SO ORDERED.

JUL 0 6 2011
_____          _____
DATE                                     HON. MAXINE M. CHESNEY
                                         United States District Judge

[PROPOSED] RELEASE ORDER, CR-11-0223 MMC           1